UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

NORTHERN DIVISION

| | |
|---|---|
| JAMIE LYNN ADOLPHSON, | 1:26-CV-01004-RAL |
| Plaintiff, | |
| vs. | ORDER |
| HONORABLE CARMEN MEANS, WATERTOWN, S.D., CODINGTON COUNTY DETENTION CENTER, | |
| Defendants. | |

Jamie Lynn Adolphson has filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241 to contest his state sentence and pretrial detention in the Codington County, South Dakota, jail.[1]

1.  Filing Fee

A petitioner cannot proceed with a § 2241 writ of habeas corpus until he either pays the filing fee or files a motion to proceed without prepayment of fees and

---
[1] Dkt. No. 1.

declaration, and prisoner trust account report.[2] If a habeas petitioner has more than $25.00 on deposit in his trust account, he must pay the initial filing fee of $5.00 to proceed with his habeas case.[3]

Adolphson has been notified of this requirement,[4] but has not paid the filing fee or filed the required motion and report. His petition will therefore be dismissed without prejudice unless he either pays the filing fee or files the appropriate declaration, motion, and report in the next three weeks.

## 2. Judicial Notice

Before this Court can conduct the required preliminary screening, it must assess Adolphson's state court records.[5] The Court intends to take judicial notice of his records on the South Dakota e-courts portal, https://ecourts.sd.gov/. By this notice, the Court is informing Adolphson of its intent. If he desires to be "heard on the propriety of taking judicial notice" then he must make that desire known in a written request filed within 21 days of this Order.[6]

---

[2] D.S.D. Civ. LR 83.8(B).
[3] *Id.*
[4] Dkt. No. 4.
[5] Rules Governing § 2254 Cases, Rule 4; Rules Governing § 2254 Cases, Rule 1(b) (extending scope of rules to habeas corpus petitions other than § 2254); *DeCory v. S. Dakota*, No. 5:22-CV-05093, 2023 WL 3305174, at *1 & n.1 (D.S.D. May 8, 2023) ("the Rules Governing Section 2254 Cases may also be applied to habeas petitions filed under § 2241").
[6] Fed. R. Evid. 201.

ORDER

It is therefore:

ORDERED that Adolphson must either pay the $5.00 filing fee, or file a motion to proceed without prepayment of fees and declaration, and prisoner trust account report by February 20, 2026. It is further,

ORDERED that if Adolphson objects to the Court taking judicial notice of his state court records, then he must file a written request to be heard by February 20, 2026.

DATED this 30th day of January, 2026.

BY THE COURT:

_____
MARK A. MORENO
UNITED STATES MAGISTRATE JUDGE